# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **MOTOROLA, INC.,** § § | |
| Plaintiff and § Counterclaim-Defendant, § | |
| v. § | No. 5:07-cv-00171-DF-CMC |
| § | Jury |
| **VTECH COMMUNICATIONS, INC.,** § **VTECH TELECOMMUNICATIONS** § **LTD.** § § | |
| Defendants and. § Counterclaim-Plaintiffs. § § | |

### ORDER GRANTING MOTOROLA'S UNOPPOSED MOTION FOR LEAVE TO AMEND AND SUPPLEMENT ITS P.R. 3-1 PRELIMINARY INFRINGEMENT CONTENTIONS

Motorola moves the Court for leave to amend and supplement its P.R. 3-1 Preliminary Infringement Contentions. VTech does not oppose Motorola's Motion.

Having considered the Motion, the Court hereby GRANTS the Unopposed Motion. Thus, it is therefore, ORDERED that Motorola's may serve its Amended and Supplemented P.R. 3-1 Preliminary Infringement Contentions on VTech on June 27, 2008, or on the date of this Order, whichever date is later.

IT IS SO ORDERED.

**SIGNED this 23rd day of June, 2008.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE