# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| **MOTOROLA, INC.,** § | |
| § | |
| Plaintiff and § | |
| Counterclaim-Defendant, § | |
| v. § | No. 5:07-cv-00171-DF-CMC |
| § | Jury |
| **VTECH COMMUNICATIONS, INC.,** § | |
| **VTECH TELECOMMUNICATIONS** § | |
| **LTD.** § | |
| § | |
| Defendants and § | |
| Counterclaim-Plaintiffs. § | |
| _____ § | |

## ORDER GRANTING MOTOROLA AND VTECH LEAVE TO AMEND
## THEIR PATENT RULE 3 DISCLOSURES

Having considered Motorola's And VTech's Joint Motion for Leave to Amend

Their Eastern District of Texas Patent Rule 3 Disclosures, the Court hereby ORDERS that (1)

Motorola is granted leave to serve its amended Patent Rule 3-1(f) disclosures on VTech; (2)

VTech is granted leave to amend its invalidity contentions as set forth in D.I. 163; and (3) VTech

is granted leave to amend its invalidity contentions to add materials relating to Sony MagicLink

and Apple Hypercard.

IT IS SO ORDERED.

**SIGNED this 27th day of August, 2009.**


_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE