# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT



## NOTICE OF DOCKETING

### MISC. NO. 909 – IN RE VTECH COMMUNICATIONS

Date of docketing: 08/17/2009

A petition for writ of mandamus has been filed.

Name of petitioner(s): Vtech Communications, Inc. and Vtech Telecommunications, Ltd.

Name of respondent(s), if known: Motorola, Inc.

Related action: Eastern District of Texas 5:07-CV-00171

Critical dates include:
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
    **Note:** Facsimile transmission is permitted (Fed. Cir. R. 25, Practice Note): (202) 633-9623.

Attachments:
- Official caption to all.
- Entry of appearance form to all.

Jan Horbaly
Clerk

cc: Eastern District of Texas
    Timothy J. Malloy
    Steven Pepe

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 909

IN RE VTECH COMMUNICATIONS, INC.
and VTECH TELECOMMUNICATIONS, LTD.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 5:07-CV-00171, Judge David Folsom.

Authorized Abbreviated Caption[2]

IN RE VTECH COMMUNICATIONS, MISC. NO. 909

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.