UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOTOROLA, INC, <br><br> Plaintiff, <br> v. <br><br> VTECH COMMUNICATIONS, INC., <br> VTECH TELECOMMUNICATIONS LTD, <br><br> Defendants. | Civil Action No. 5:07-cv-171-DF-CMC <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENSION OF TIME FOR VTECH TO FILE ITS REPLY TO MOTOROLA'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FINAL INFRINGEMENT CONTENTIONS**

VTech moves the Court for an extension of time to file its reply to Motorola's Opposition to VTech's Motion to Strike Plaintiff's Final Infringement Contentions, making the reply due on November 30, 2009. Motorola does not oppose VTech's Motion.

Having considered the Motion, the Court hereby GRANTS the Unopposed Motion. Thus, it is therefore ORDERED that VTech's time to file its reply to Motorola's Opposition to VTech's Motion to Strike Plaintiff's Final Infringement Contentions be extended until the end of the day on November 30, 2009.

IT IS SO ORDERED.

**SIGNED this 19th day of November, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

1